**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| A.P., a minor, by and through her guardian, CARLOS PENA, and CARLOS PENA, each individually and on behalf of similarly situated individuals, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:23-cv-02667 |
| v. | ) ) | Honorable Nancy L. Maldonado |
| CERENCE INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

## **DEFENDANT CERENCE INC.'S MOTION TO DISMISS
FIRST AMENDED COMPLAINT**

Defendant Cerence Inc. ("Cerence") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the First Amended Class Action Complaint filed by Plaintiffs A.P., a minor, by and through her guardian, Carlos Pena, and Carlos Pena, individually and on behalf of all others similarly situated.

Dated: June 22, 2023

Respectfully submitted,

CERENCE INC.

By: */s/ Matthew C. Wolfe*

Matthew C. Wolfe
Amy Y. Cho
Mehgan E. H. Keeley
SHOOK, HARDY & BACON, LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
mwolfe@shb.com
acho@shb.com
mkeeley@shb.com
***Counsel for Defendant Cerence Inc.***

1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies and states that on June 22, 2023, he caused a true and correct copy of **DEFENDANT'S MOTION TO DISMISS** to be electronically filed with the Court via the Court's CM/ECF system, which will serve notice of filing on all counsel of record.

*/s/ Matthew C. Wolfe*