UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Carlos Pena, et al.
                        Plaintiff,

v.                                                 Case No.: 1:23−cv−02667
                                                     Honorable Nancy L. Maldonado

Cerence Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 17, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: In light of the filing of Plaintiff's Second Amended Complaint, the Court denies Defendant's motion to dismiss [19] as moot. Defendant's response to the Second Amended Complaint is due by 8/3/23. If Defendant renews its motion to dismiss, the parties shall email the Courtroom Deputy with an agreed proposed briefing schedule. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.