IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| A.P., a minor, by and through her guardian, CARLOS PENA, and CARLOS PENA, RANDOLPH FRESHOUR, and VINCENZO ALLAN, each individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CERENCE INC., a Delaware corporation,<br><br>Defendant. | No. 1:23-cv-02667<br><br>Honorable Nancy L. Maldonado |

### DEFENDANT CERENCE INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendant Cerence Inc. ("Cerence") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the Second Amended Class Action Complaint filed by Plaintiffs A.P., a minor, by and through her guardian, Carlos Pena; Carlos Pena; Randolph Freshour; and Vincenzo Allan, individually and on behalf of all others similarly situated.

Dated: August 17, 2023

Respectfully submitted,

**CERENCE INC.**

By: */s/ Matthew C. Wolfe*

Matthew C. Wolfe (#6307345)
Amy Y. Cho (#6303051)
Mehgan E. H. Keeley (#6336155)
SHOOK, HARDY & BACON, LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
mwolfe@shb.com
acho@shb.com
mkeeley@shb.com
***Counsel for Defendant Cerence Inc.***

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies and states that on August 17, 2023, he caused a true and correct copy of **DEFENDANT CERENCE INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** to be electronically filed with the Court via the Court's CM/ECF system, which will serve notice of filing on all counsel of record.

                                                                       */s/ Matthew C. Wolfe*