## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Carlos Pena, et al.
                    Plaintiff,

v.                                          Case No.: 1:23−cv−02667
                                                    Honorable Nancy L. Maldonado

Cerence Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 25, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court denies Defendant's motion to stay discovery while its motion to dismiss is pending [30]. The Court considered this issue at the initial status hearing and provided for discovery to start in the form of initial disclosures and a date by which the parties may start to issue written discovery. Upon review of the instant motion to stay, the Court continues to believe that this approach is reasonable while the motion to dismiss is pending. As the Court advised during the hearing, the parties should be strategic and collaborative in commencing any discovery in light of the pending motion to dismiss. The Court amends the discovery schedule as follows: Rule 26(a)(1) disclosures are due by 9/25/23 and the first date by which the parties may issue written discovery is 10/11/23. Oral discovery is stayed pending the Court's ruling on the motion to dismiss. The Court will not set a fact discovery cut off at this time. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.