IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDOLPH FRESHOUR and VINCENZO ALLAN, each individually and on behalf of similarly situated individuals, | ) ) ) ) |
| Plaintiffs, | ) ) Case No.: 1:23-cv-02667 |
| v. | ) ) Honorable Virginia M. Kendall ) |
| CERENCE INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) |

**PROPOSED AGREED DISCOVERY SCHEDULE**

In accordance with Judge Maldonado's June 10, 2024 Minute Entry (ECF No. 61), counsel for Plaintiffs Randolph Freshour and Vincenzo Allen and Defendant Cerence Inc. have conferred and formulated the following agreed discovery schedule for consideration by the Court. This proposed schedule incorporates the initial deadlines set forth in the Judge Maldonado's August 25, 2023 Minute Entry (ECF No. 35).

| Event | Date |
|---|---|
| Rule 26(a)(1) Disclosures Exchanged | September 25, 2023 |
| Initial Written Discovery Requests Issued | October 11, 2023 |
| Deadline to Report if Parties Will Request Settlement Conference or Schedule Private Mediation | December 13, 2024 |
| Deadline for Completion of Merits Fact Discovery | July 22, 2025 |
| Class Certification Motion No Later Than | August 22, 2025 |
| Completion of Any Outstanding Class Discovery | 60 days after a ruling on Plaintiffs' class certification motion |
| Dispositive Motions No Later Than | 45 days after a ruling on Plaintiffs' class certification motion |

| Event | Date |
|---|---|
| Rule 26(a)(2) Expert Disclosure(s) Exchanged By | September 5, 2025 |
| Rebuttal Expert Disclosure(s) Exchanged By | October 20, 2025 |
| Expert Depositions Completed By | December 4, 2025 |

Dated: July 22, 2024

Respectfully submitted,

 /s/ Matthew C. Wolfe

Matthew C. Wolfe
Amy Y. Cho
Mehgan E. H. Keeley
SHOOK, HARDY & BACON LLP
111 South Wacker Drive, Ste. 4700
Chicago, IL 60606
(312) 704-7700
mwolfe@shb.com
acho@shb.com
mkeeley@shb.com

**Attorneys for Defendant Cerence Inc.**

 /s/ Paul T. Geske

Myles McGuire
Paul T. Geske
Colin Primo Buscarini
MCGUIRE LAW, P.C.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
(312) 893-7002
mmcguire@mcgpc.com
pgeske@mcgpc.com
cbuscarini@mcgpc.com

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies and states that he caused a true and correct copy of the foregoing **PROPOSED AGREED DISCOVERY SCHEDULE** to be electronically filed with the Court via the Court's CM/ECF system, which will serve notice of filing on all counsel of record.

        /s/ Matthew C. Wolfe