# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RANDOLPH FRESHOUR and VINCENZO ALLAN, each individually and on behalf of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> CERENCE INC., a Delaware corporation, <br><br> Defendant. | Case No.: 1:23-cv-02667 <br><br> Hon. Virginia M. Kendall <br><br> Magistrate Judge Hon. M. David Weisman |

**DEFENDANT CERENCE INC.'S MOTION TO SET BRIEFING SCHEDULE ON CERENCE'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF ALLAN**

NOW COMES Defendant Cerence Inc. ("Cerence"), by and through its counsel, and for its Motion to Set Briefing Schedule on Cerence's Motion for Summary Judgment as to Plaintiff Allan, states as follows:

1. On December 10, 2025, Cerence filed a Motion for Summary Judgment as to Plaintiff Allan ("Motion for Summary Judgment"), relying in part on a declaration by Jorge Tsuboyama (the "Tsuboyama Declaration"). (ECF Nos. 196-197; 202-203).

2. On December 19, 2025, Plaintiffs filed a Motion to Strike the Tsuboyama Declaration ("Motion to Strike"). (ECF No. 222)

3. On December 22, 2025, this Court referred the Motion to Strike to Magistrate Judge Weisman and deferred briefing on the Motion for Summary Judgment pending Magistrate Judge Weisman's ruling. (ECF No. 224)

4. In the meantime, the parties completed briefing on Plaintiffs' Motion for Class Certification. (ECF Nos. 193; 201; 236-37; 246; 249-250)

5. On February 2, 2026, Magistrate Judge Weisman denied the Motion to Strike. (ECF No. 259)

6. In light of Judge Weisman's ruling, the Motion for Summary Judgment is ready to proceed to briefing.

7. Accordingly, Cerence respectfully requests this Court to set the below proposed briefing schedule:

    a. Plaintiffs' Response to Motion for Summary Judgment due on or before February 17, 2026.

    b. Cerence's Reply in Support of Motion for Summary Judgment due on or before March 3, 2026.

8. Cerence contacted Plaintiffs' schedule with the above proposed briefing schedule on February 3, 2026 and did not receive a response.

WHEREFORE, Cerence respectfully requests this Court to enter an Order setting the above briefing schedule on Cerence's Motion for Summary Judgment as to Plaintiff Allan.

Dated: February 5, 2026                                       Respectfully submitted,

                                                                     CERENCE INC.

                                                     By: /s/Mehgan E.H. Keeley
                                                          One of Its Attorneys

Matthew C. Wolfe
Amy Y. Cho
Mehgan E. H. Keeley
Samuel G. Bernstein
Elise N. Malin
SHOOK, HARDY & BACON LLP
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
mwolfe@shb.com
acho@shb.com
mkeeley@shb.com
sbernstein@shb.com
emalin@shb.com
**Counsel for Defendant Cerence Inc.**